1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9
10
11
12
13
14
15
16
17
18
19

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON; CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON; CARPENTERS-EMPLOYERS VACATION TRUST OF WESTERN WASHINGTON; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST OF WESTERN WASHINGTON,<br><br>　　　　　　　　　　Plaintiffs,<br>　　　v.<br><br>BEST QUALITY SIDING, LLC, a Washington limited liability company; and CARMEN KUCINSKI, an individual,<br><br>　　　　　　　　　　Defendants. | Cause No. 17-cv-1645<br><br>COMPLAINT FOR MONETARY DAMAGES |

## I.  PARTIES

20
21
22
23
24
25
26

1.1     Plaintiff Carpenters Health and Security Trust of Western Washington ("Carpenters Health Trust") is a Taft-Hartley trust fund established to provide and maintain hospital, medical, dental, vision, disability or death benefits and any other similar benefits, or any combination thereof as the Trustees may determine in their discretion for the benefit of the Employees and their beneficiaries.  The Carpenters Health Trust maintains its principal office in Seattle, King County, Washington.

COMPLAINT FOR MONETARY DAMAGES – 1
17-cv-1645

EKMAN CUSHING MAXWELL, P.S.
ATTORNEYS AT LAW
220 W MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221

1.2     Plaintiff Carpenters Retirement Trust of Western Washington ("Carpenters Retirement Trust") is a Taft-Hartley trust fund created to provide retirement and associated death benefits for employees and their beneficiaries.   The Carpenters Retirement Trust maintains its principal office in Seattle, King County, Washington.

1.3     Plaintiff Carpenters-Employers Vacation Trust of Western Washington ("Carpenters Vacation Trust") is a Taft-Hartley trust fund created to provide vacation benefits for employees.   The Carpenters Vacation Trust maintains its principal office in Seattle, King County, Washington.

1.4     Plaintiff Carpenters of Western Washington Individual Account Pension Trust ("Carpenters 401(k) Trust") is a Taft-Hartley trust fund created to provide retirement and associated death benefits for participants and their beneficiaries.   The Carpenters 401(k) Trust maintains its principal office in Seattle, King County, Washington.

1.5     Plaintiff Carpenters-Employers Apprenticeship and Training Trust Fund of Western Washington ("Carpenters Apprenticeship Trust") is a Taft-Hartley trust fund created to defray, in whole or in part, costs of apprenticeship or other training programs for the education of apprentices and journeymen carpenters.   The Carpenters Apprenticeship Trust maintains its principal office in Seattle, King County, Washington.

1.6     The Plaintiffs are commonly referred to collectively as the Carpenters Trusts of Western Washington (the "Carpenters Trusts").

1.7     Defendant Best Quality Siding, LLC ("BQS") is a Washington limited liability company with its principal place of business in Redmond, King County, Washington.

1.8     Defendant Carmen Kucinski is an individual believed to be residing in Redmond, King County, Washington.   Ms. Kucinski is the governor and sole member of BQS and is the company's registered agent.

COMPLAINT FOR MONETARY DAMAGES – 2
17-cv-1645

## II.  JURISDICTION AND VENUE

2.1    This Court has exclusive jurisdiction pursuant to §502(e)(1) of the Employee Retirement Income Security Act of 1974 ("ERISA"), codified at 29 U.S.C. §1132(e)(1).

2.2    Venue in this Court is proper pursuant to §502(e)(2) ERISA, codified at 29 U.S.C. §1132(e)(2), and pursuant to agreement between the parties.

## III.  FACTS

3.1    On March 20, 2017, Carmen Kucinski, identifying herself as the "Owner" of BQS, executed a Project Agreement on behalf of BQS with the Pacific Northwest Regional Council of Carpenters (the "Union").  The Project Agreement covers work performed by BQS on the Parkside Apartments located at 900 W Casino Road, Everett, Snohomish County, Washington 98208 (the "Parkside Project Agreement").

3.2    On April 17, 2017, Garrett Meador, identifying himself as "Administration" for BQS, executed a second Project Agreement on behalf of BQS with the Union.  The second Project Agreement covers work performed by BQS on the Trailside Apartments located at 1300 100th Place SE, Everett, Snohomish County, Washington (the "Trailside Project Agreement").

3.3    Both Project Agreements incorporate by reference the terms and conditions of the *2015 – 2018 Agreement between Associated General Contractors of Washington and Carpenters, Piledrivers, and Millwrights of the Pacific Northwest Regional Council of Carpenters affiliate of the United Brotherhood of Carpenters and Joiners of America*, effective June 1, 2015 (the "Master Labor Agreement"):

> 1. DESIGNATED LABOR AGREEMENT: The employer adopts and agrees to abide by the following Labor Agreement:
>
> ☒ Western & Central WA Master Labor Agreement Rep by: AGC of Western WA Effective: 6/1/15 to 5/31/18.

COMPLAINT FOR MONETARY DAMAGES – 3
17-cv-1645

EKMAN CUSHING MAXWELL, P.S.
ATTORNEYS AT LAW
220 W MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221

3.4     By signing the Project Agreements, BQS agreed to make fringe benefit contributions to the Carpenters Trusts and be bound by the terms and conditions of their respective trust agreements:

> 6. TRUST FUND OBLIGATIONS: The undersigned Employer hereby becomes a party to the applicable Trust Agreements for the trust funds or their successors identified in the designated Labor Agreement.  The Employer agrees to be bound by the written provisions and procedures of said Trust Agreements, and any present or future amendments, and so [sic] any successor Trust Agreements.  Employer accepts as its lawful representatives, the employer trustees who are now or who may hereafter serve on the Board of Trustees of the respective Trusts as determined by the Trust Agreements.

3.5     Prompt payment of wages and fringe benefit contributions is an essential term of the Project Agreements.

3.6     The Carpenters Trusts are beneficiaries under the terms of the Project Agreements and the Master Labor Agreement.

3.7     By executing the Project Agreements, as discussed above, BQS agreed to the terms of the (i) Carpenters Health & Security Trust of Western Washington; (ii) Carpenters Retirement Trust of Western Washington; (iii) Carpenters-Employers Vacation Trust of Western Washington; (iv) Carpenters of Western Washington Individual Account Pension Trust; and (v) Carpenters-Employers Apprenticeship and Training Trust of Western Washington.

3.8     BQS's obligations under the Carpenters Health Trust are set forth in Article II, Sections 8 – 13, and Article IV, Section 17 of the *Revised Trust Agreement of the Carpenters Health and Security Trust of Western Washington*, dated January 1, 1998, and as amended.  Under the Carpenters Health Trust, BQS agreed to, among other things:

> ▪ Submit its reports on or before the 15th day of the calendar month following the month in which the contributions are payable, even if the company had no employees for that period of time;

COMPLAINT FOR MONETARY DAMAGES – 4
17-cv-1645

EKMAN CUSHING MAXWELL, P.S.
ATTORNEYS AT LAW
220 W MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221

- Comply with a request to submit any information, data, report or other documents reasonably relevant to and suitable for purposes of administration of the trust, as requested by the trust funds;

- Payment of liquidated damages of twelve percent (12%) on all delinquent contributions;

- Payment of interest of not less than seven percent (7%), nor more than eighteen percent (18%); and

- Payment of the trust fund's attorney fees, costs of collection, and auditor's fees.

3.9     BQS's obligations under the Carpenters Retirement Trust are set forth in Article II, Sections 8 – 13, and Article IV, Section 17 of the *Revised Trust Agreement of the Carpenters Retirement Trust of Western Washington*, dated January 1, 1998, and as amended.  Under the Carpenters Retirement Trust, BQS agreed to, among other things:

- Submit its reports on or before the due date specified in the trust agreement or as set by the trustees, even if the company had no employees for that period of time;

- Comply with a request to submit any information, data, report or other documents reasonably relevant to and suitable for purposes of administration of the trust, as requested by the trust funds;

- Payment of liquidated damages of twelve percent (12%) on all delinquent contributions;

- Payment of interest of not less than seven percent (7%), nor more than eighteen percent (18%); and

- Payment of the trust fund's attorney fees, costs of collection, and auditor's fees.

3.10    BQS's obligations under the Carpenters Vacation Trust are set forth in Article II, Sections 8 – 13, and Article IV, Section 17 of the *Revised Trust Agreement of Carpenters-Employers Vacation Trust of Western Washington*, dated January 1, 1998, and as amended.  Under the Carpenters Vacation Trust, BQS agreed to, among other things:

- Submit its reports on or before the due date specified in the trust agreement or as set by the trustees, even if the company had no employees for that period of time;

EKMAN CUSHING MAXWELL, P.S.
ATTORNEYS AT LAW
220 W MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221

- Comply with a request to submit any information, data, report or other documents reasonably relevant to and suitable for purposes of administration of the trust, as requested by the trust funds;

- Payment of liquidated damages of twelve percent (12%) on all delinquent contributions;

- Payment of interest of not less than seven percent (7%), nor more than eighteen percent (18%); and

- Payment of the trust fund's attorney fees, costs of collection, and auditor's fees.

3.11    BQS's obligations under the Carpenters 401(k) Trust are set forth in Article II, 8 – 13, and Article IV, Section 17 of the *Revised Trust Agreement of Carpenters of Western Washington Individual Account Pension Trust*, dated January 1, 1998, and as amended.  Under the Carpenters 401(k) Trust, BQS agreed to, among other things:

- Submit its reports on or before the due date specified in the trust agreement or as set by the trustees, even if the company had no employees for that period of time;

- Comply with a request to submit any information, data, report or other documents reasonably relevant to and suitable for purposes of administration of the trust, as requested by the trust funds;

- Payment of liquidated damages of twelve percent (12%) on all delinquent contributions;

- Payment of interest of not less than seven percent (7%), nor more than eighteen percent (18%); and

- Payment of the trust fund's attorney fees, costs of collection, and auditor's fees.

3.12    BQS's obligations under the Carpenters Apprenticeship Trust are set forth in Article II, Sections 8 – 13, and Article IV, Section 17 of the *Revised Trust Agreement of Carpenters-Employers Apprenticeship and Training Trust Fund of Western Washington*, dated January 1, 1998, and as amended.  Under the Carpenters Apprenticeship Trust, BQS agreed to, among other things:

COMPLAINT FOR MONETARY DAMAGES – 6
17-cv-1645

EKMAN CUSHING MAXWELL, P.S.
ATTORNEYS AT LAW
220 W MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221

- Submit its reports on or before the due date specified in the trust agreement or as set by the trustees, even if the company had no employees for that period of time;

- Comply with a request to submit any information, data, report or other documents reasonably relevant to and suitable for purposes of administration of the trust, as requested by the trust funds;

- Payment of liquidated damages of twelve percent (12%) on all delinquent contributions;

- Payment of interest of not less than seven percent (7%), nor more than eighteen percent (18%); and

- Payment of the trust fund's attorney fees, costs of collection, and auditor's fees.

3.13   Upon information and belief, following execution of the Project Agreements, BQS used employees to perform work on each designated project subject to the terms  of the Master Labor Agreement.  BQS also began its monthly reporting and payment of fringe benefit contributions to the Carpenters Trusts.

3.14   BQS submitted its monthly contributions reports to the Carpenters Trusts. However, BQS did not provide full payment of its reported fringe benefit contributions.

3.15   As of the date of this complaint, BQS owes the Carpenters Trusts fringe benefit contributions for the period August 2017 in the amount of $103,385.00, plus $25,078.62 in liquidated damages for the period April 2017 – September 2017 and other ancillary charges including prejudgment interest, attorney fees, and costs of collection.

## IV.  CAUSES OF ACTION

### First Cause of Action
### (Breach of Labor Agreement/Trust Agreement)

4.1   The Carpenters Trusts reallege each and every allegation contained in ¶¶3.1 – 3.15, above.

4.2   BQS's failure to properly report and pay fringe benefit contributions constitutes breaches of the terms of the Project Agreements and the Master Labor

EKMAN CUSHING MAXWELL, P.S.
ATTORNEYS AT LAW
220 W MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221

1   Agreement between the Union and BQS, to which the Carpenters Trusts are

2   beneficiaries.  BQS's failure to fully pay fringe benefit contributions it reported also

3   constitutes breaches of the Trust Agreements, the terms of which BQS agreed to when it

4   signed the Project Agreements.

5        4.3    As a result of BQS's breach, the Carpenters Trusts have been damaged in

6   an amount to be proven at trial, but not less than $103,385.00, plus liquidated damages

7   and other ancillary charges including prejudgment interest, attorney fees, and costs of

8   collection.

9                          **Second Cause of Action**
10                          **(Violation of ERISA**)

11       4.4    The Carpenters Trusts reallege each and every allegation contained in

12  ¶¶3.1 – 3.15, above.

13       4.5    BQS's failure to report and pay fringe benefit contributions constitutes a

14  violation of §503(a)(3), §515 ERISA, codified at 29 U.S.C. §1132(a)(3), §1145.

15       4.6    As a result of BQS's violation, the Carpenters Trusts have been damaged in

16  an amount to be proven at trial, but not less than $103,385.00, plus liquidated damages

17  and other ancillary charges including prejudgment interest, attorney fees, and costs of

18  collection.

19                          **Third Cause of Action**
20                          **(Breach of Fiduciary Duty)**

21       4.7    The Carpenters Trusts reallege each and every allegation contained in

22  ¶¶3.1 – 3.15, above.

23       4.8    Defendant Kucinski is responsible for BQS's reporting and payment of

24  fringe benefit contributions to the Carpenters Trusts.

25

26

COMPLAINT FOR MONETARY DAMAGES – 8
17-cv-1645

EKMAN CUSHING MAXWELL, P.S.
ATTORNEYS AT LAW
220 W MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221

4.9     Defendant Kucinski, for purposes of ERISA, is a fiduciary of trust fund assets, because she exerted control over employee deductions withheld for payment to the Carpenters Trusts.

4.10     Defendant Kucinski has failed to turn over trust fund assets, consisting of $5,688.50 in employees' vacation pay and $992.00 in employees' 401(k) contributions to the Carpenters Trusts, despite demand.

4.11     Defendant Kucinski's failure to remit trust fund assets is a breach of fiduciary duty under ERISA, and has damaged the Carpenters Trusts in an amount to be determined at trial, but not less than $6,680.50.

## V.  REQUESTED RELIEF

The Carpenters Trusts respectfully request the Court grant the following:

A.     Judgment in favor of the Carpenters Trusts against BQS, in an amount to be determined at trial, but not less than $103,385.00, representing past-due and delinquent fringe benefit contributions owed by defendant pursuant to the terms of the labor and trust agreements to which BQS is a party;

B.     Judgment in favor of the Carpenters Trusts against BQS, in an amount to be determined at trial, but not less than $25,078.62, representing liquidated damages owed by defendant pursuant to the terms of the labor and trust agreements to which BQS is a party;

C.     Judgment in favor of the Carpenters Trusts against BQS, in an amount to be determined at trial, representing accrued prejudgment interest owed by defendant pursuant to the terms of the labor and trust agreements to which BQS is a party;

D.     Judgment against Carmen Kucinski individually, for joint and several liability with BQS for the $5,688.50 in employees' vacation pay and $992.00 in employees' 401(k) contributions withheld from employee paychecks but not remitted to the Carpenters Trusts;

COMPLAINT FOR MONETARY DAMAGES – 9
17-cv-1645

1

E.      An award of attorney fees of not less than $5,000.00, plus costs of collection, as authorized by the labor and trust agreements to which BQS is a party, and as authorized under ERISA; and

2

3

F.      Any other such relief under federal law or as is just and equitable.

4

Dated: November 3, 2017.

5

6

Jeffrey G. Maxwell, WSBA #33503
Ekman Cushing Maxwell, P.S.
220 W Mercer Street, Suite 400
Seattle, Washington 98119
(206) 282-8221 (t)
(206) 285-4587 (f)
j.maxwell@ecm-law.com

7

8

9

10

Attorneys for the Carpenters Trusts of Western Washington

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

COMPLAINT FOR MONETARY DAMAGES – 10
17-cv-1645