UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON; CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON; CARPENTERS-EMPLOYERS VACATION TRUST OF WESTERN WASHINGTON; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST OF WESTERN WASHINGTON,<br><br>Plaintiffs,<br>v.<br><br>BEST QUALITY SIDING, LLC, a Washington limited liability company; and CARMEN KUCINSKI, an individual,<br><br>Defendants. | Cause No. 17-cv-1645 RSM<br><br>STIPULATION REQUESTING AMENDED CASE SCHEDULING ORDER, STRIKING ORDER OF DEFAULT, AND STRIKING MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE |

## I. STIPULATION

Plaintiffs, commonly known as the Carpenters Trusts of Western Washington, through their counsel Jeffrey G. Maxwell, Esq. and McKenzie Rothwell Barlow & Coughran, P.S.; and Defendants Best Quality Siding, LLC ("BQS") and Carmen Kucinski, through their counsel Judd H. Lees, Esq. and Sebris Busto James, because of the default of Defendant BQS and the recent appearance of counsel for the Defendants (Dkt. #12), stipulate to the following:

STIPULATION AND ORDER – 1
17-cv-1645 RSM

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

1. The Parties request amendment of the Court's November 16, 2017 *Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement* (Dkt. #3) to afford the Parties time to comply with the FRCP and Joint Status Report requirements;

2. The Parties request the Court strike its December 19, 2017 *Order of Default against Defendant Best Quality Siding, LLC* (Dkt. #9);

3. The Parties stipulate that Defendant BQS has 21 days from the date of the Court's order on this stipulation to answer the Complaint;

4. The Parties request the Court strike the Carpenters Trusts' January 3, 2018 *Motion for Leave to Withdraw and Substitute Counsel for Plaintiffs* (Dkt. ##10, 10-1, 11); and

5. Defendants stipulate to the withdrawal of Jeffrey G. Maxwell, Esq. and Ekman Cushing Maxwell, P.S. and the substitution of Jeffrey G. Maxwell, Esq. and McKenzie Rothwell Barlow & Coughran, P.S. as counsel for the Carpenters Trusts.

Dated: January 5, 2018.

s/ Jeffrey G. Maxwell
Jeffrey G. Maxwell, WSBA #33503
McKENZIE ROTHWELL BARLOW
 & COUGHRAN, P.S.
1325 Fourth Avenue, Suite 910
Seattle, Washington 98101
(206) 224-9900
jeffreym@mrbclaw.com

Counsel for the Plaintiff Carpenters Trusts of Western Washington

STIPULATION AND ORDER – 2
17-cv-1645 RSM

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

Dated: January 4, 2018.

                                            s/ Judd H. Lees (email authorization)
Judd H. Lees, WSBA #10673
Sebris Busto James
14205 SE 36th Street, Suite 325
Bellevue, Washington 98006
(425) 454-4223
jlees@sebrisbusto.com

Counsel for Defendants Best Quality Siding, LLC and Carmen Kucinski

## II. ORDER

This matter is before the Court on the Parties' stipulation. The Court has considered the stipulation as well as the pleadings, court files, and records in this matter and ORDERS:

1. The Parties request for amendment of the Court's November 16, 2017 *Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement* (Dkt. #3) is granted; the Court will issue new deadlines;

2. The December 19, 2017 *Order of Default against Defendant Best Quality Siding, LLC* (Dkt. #9) is vacated;

3. Defendant Best Quality Siding, LLC is ordered to file and serve its answer to the Complaint (Dkt. #1) within 21 days of the date of this order;

4. The Carpenters Trusts' *Motion for Leave to Withdraw and Substitute Counsel for Plaintiffs* (Dkt. ##10, 10-1, 11) is stricken; and

5. Ekman Cushing Maxwell, P.S. has leave to withdraw and McKenzie Rothwell Barlow & Coughran, P.S. has leave to substitute, with Jeffrey G. Maxwell remaining as counsel for the Carpenters Trusts.

Dated: January 8, 2018.

                                            RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER – 3
17-cv-1645 RSM

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900